Michael F. Thomson (#9707)
Peggy Hunt (#6060)
DORSEY & WHITNEY LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
         hunt.peggy@dorsey.com

*Attorneys for Michael F. Thomson, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankr. Case No. 17-23473 |
| STEPHEN TRENT WOOLSTON, | Chapter 7 |
| Debtor. | The Honorable Kevin R. Anderson |

## TRUSTEE'S OBJECTION TO EXEMPTIONS

Michael F. Thomson, trustee of the above captioned bankruptcy estate (the "<u>Trustee</u>"), by and through counsel, hereby objects to certain exemptions claimed by the Debtor.  This Objection is based upon the following:

1.     On April 24, 2017 the Debtor filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2.     The Trustee was appointed interim trustee of the above-captioned Chapter 7 bankruptcy estate on April 24, 2017, and now serves as permanent trustee.

3.     The § 341 meeting in this case was held and concluded on August 21, 2017.

4.      On Debtor's Schedule A/B filed herein on May 24, 2017, the Debtor listed "Five

Horses used for Income in Horse Tour and Care sole proprietor business" with a value of

$7,000.00 (the "Horses").  *See* Schedule A/B, attached hereto as **Exhibit 1**.

5.      On Debtor's Schedule C filed herein on May 24, 2017, the Debtor claimed a

$5,000.00 exemption in and to the Horses under Utah Code Ann. § 78B-5-506(2). *See* Schedule

C, attached hereto as **Exhibit 2**.

6.      On Debtor's Amended Schedule A/B filed herein on August 20, 2017, the Debtor

listed "Humble and Kind Horsemanship Horses valued at $7500 Debtor has a 1/2 interest," with

a $3,750.00 value (collectively referred to as the "Business Interest").  *See* Amended Schedule

A/B, attached hereto as **Exhibit 3**.

7.      On Debtor's Amended Schedule C filed herein on August 20, 2017, the Debtor

claimed a $3,750.00 exemption in and to the Business Interest under Utah Code Ann. § 78B-5-

506(2). *See* Schedule C, attached hereto as **Exhibit 4**.

8.      Utah Code Ann. § 78B-5-506(2) defines the exemption as follows:

> An individual is entitled to an exemption, not exceeding $5,000 in
> aggregate value, of implements, professional books, or Property of
> the individual's trade, including motor vehicles to which no other
> exemption has been applied, and that are actually used by the
> individual in the individual's principal business, trade, or
> profession.

9.      Here, the Debtor is not entitled to claim tools of the trade exemptions in and to the

Horses or the Business Interest under Section 78B-5-506(2) because such property does not

constitute "Property of the individual's trade . . . that are actually used by the individual in the

individual's principal business, trade, or profession."  Utah Code Ann. § 78B-5-506(2) (emphasis

added).  Notably, both the Debtor's Schedule I and Amended Schedule I state, under penalty of

perjury, that the Debtor's primary employment is as a "Senior Sales Agent" for Two-Twelve,

LLC. *See* Schedule I, attached hereto as **Exhibit 5** and Amended Schedule I, attached hereto as

**Exhibit 6**.  Thus, the Horses and the Business Interest cannot be claimed exempt as a tool of the

Debtor's trade.

10.     In addition, on the Debtor's Schedule A/B the Debtor listed "Firearms" with a

$900.00 value, and on the Debtor's Amended Schedule A/B the Debtor further described the

Firearms as "Ruger LCP 380 mv 200, 12 Gage Shotgun mv 100, 22 Weston revolver mv100,

Judge Taurus mv 500" (collectively, the "Guns").  *See* **Exhibits 1** and **3**.

11.     On Debtor's Schedule C and Amended Schedule C, the Debtor claimed a $900.00

exemption in and to the Guns under Utah Code Ann. § 78B-5-505(1)(a)(xvii).  *See* **Exhibits 2**

and **4**.

12.     Utah Code Ann. § 78B-5-505(1)(a)(xvii) defines the exemption as follows:

> (1)  (a) An individual is entitled to exemption of the following
> property:
>     (xvii) except for curio or relic firearms, as defined in Section
>     76-10-501, any three of the following:
>         (A) one handgun and ammunition for the handgun not
>         exceeding 1,000 rounds;
>         (B) one shotgun and ammunition for the shotgun not
>         exceeding 1,000 rounds; and
>         (C) one shoulder arm and ammunition for the shoulder arm
>         not exceeding 1,000 rounds.

13.     Here, Debtor is attempting to claim four (4) firearms exempt, which is not

allowed under Utah Code Ann. § 78B-5-505(1)(a)(xvii).

WHEREFORE, the Trustee objects to the exemptions claimed in and to the Horses, the

Business Interest, and the Guns, and respectfully requests that this Court enter an order:

(a)      Disallowing the exemption claimed by the Debtor in and to the Horses and the Business Interest under Utah Code Ann. § 78B-5-506(2);

(b)      Limiting the exemption claimed by the Debtor in and to the Guns under Utah Code Ann. § 78B-5-505(1)(a)(xvii) to only allow an exemption to be claimed in and to three (3) firearms; and

(c)      For such other and further relief as the Court deems proper.

Dated this 15th day of September, 2017.

/ s / Michael F. Thomson
Michael F. Thomson
Peggy Hunt
DORSEY & WHITNEY LLP
Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on this 15th day of September, 2017, I electronically filed the foregoing **TRUSTEE'S OBJECTION TO EXEMPTIONS** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF uses and will be served through the CM/ECF system.

- Armand J. Howell    armand@hwmlawfirm.com, meghan@hwmlawfirm.com;armandh@ecf.courtdrive.com
- Mary Margaret Hunt    hunt.peggy@dorsey.com, long.candy@dorsey.com
- Sherri Flans Palmer    sherriflanspalmer@gmail.com, sherrifpalmer@gmail.com;r41691@notify.bestcase.com
- Michael F. Thomson    thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com
- Jory L. Trease    caseinfo.jtbankruptcy@gmail.com, jorytrease@msn.com;janci.jtbankruptcy@gmail.com;myecfemail.jtbankruptcy@gmail.com;r47629@notify.bestcase.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

## CERTIFICATE OF SERVICE – MAIL, OTHER

I hereby certify that on this 15th day of September, 2017, I caused to be served a true and correct copy of the foregoing **TRUSTEE'S OBJECTION TO EXEMPTIONS** as follows:

**Mail Service – By regular first class United States Mail, postage fully pre-paid, addressed to:**

Stephen Trent Woolston
1881 Parkridge Drive
Salt Lake City, UT 84121

*/ s / Natasha Asmus*

4819-4091-2975\1

# EXHIBIT 1

| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | **Stephen Trent Woolston** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH | | |
| Case number | 17-23473 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

| 1.1 | | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

**1881 Parkridge Drive**
Street address, if available, or other description

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Salt Lake City    UT    84121-0000**
City                State        ZIP Code

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Salt Lake**
County

Current value of the entire property?    **$432,000.00**
Current value of the portion you own?    **$216,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**Tax Value 394,000**

| Debtor 1 | Stephen Trent Woolston | Case number *(if known)* | 17-23473 |
|---|---|---|---|

**1.2** **If you own or have more than one, list here:**

7084 S. 1850 E.
_Street address, if available, or other description_

Salt Lake City    UT    84121-0000
_City_    _State_    _ZIP Code_

Salt Lake
_County_

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Home**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,500.00 | $235,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

- ☐ Check if this is community property
  (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>    **$451,500.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

| 3.1 | Make: | Toyota |
|---|---|---|
| | Model: | Tundra |
| | Year: | 2000 |
| | Approximate mileage: | 256000 |
| | Other information: | |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $750.00 | $750.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ☑ Yes

| 4.1 | Make: | Four Winns Boat |
|---|---|---|
| | Model: | Horizon 240 |
| | Year: | 1999 |
| | Other information: | |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Stephen Trent Woolston**                                          Case number *(if known)*    **17-23473**

| 4.2 | Make: | **Boat Trailer** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:    **Fout**

Year:    **1999**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
   (see instructions)

Other information:
**NADA Estimate**

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| | **$1,500.00** | **$1,500.00** |

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................................................................=>**     **$7,250.00**

**Part 3:**    Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....

| Stove, Refrigerator, Washer/Dryer, Microwave, Dishwasher. Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $650.00 |
|---|---|
| Cooking Utensils, Silverware, Cookware ($85), Living Room Furniture ($1400), Dressers/Night Stands ($100), Lamps and Accessories ($300), Desk ($100), Art Prints ($200). Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $1,042.50 |
| Dining Room Furniture, Table and Chairs ($675). Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $337.50 |
| Carpenter Tools ($200), Mechanic Tools ($300), Lawnmower ($25), Yard Tools/Equipment ($200). Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $362.50 |

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....

| DVD Player and Discs ($100), Karaoke Machine ($25), Cell Phones ($250), Computer ($200), Printer & Equipment ($500). Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $512.50 |
|---|---|

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.....

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.....

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Stephen Trent Woolston**                                                 Case number *(if known)*    17-23473

---

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| Firearms<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $900.00 |

---

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| General Clothing for one person. | $300.00 |

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| Wedding Ring, Costume Jewelery, Watch<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $1,000.00 |

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe.....

| | |
|---|---|
| Five Horses used for Income in Horse Tour and Care sole<br>proprietor business. | $7,000.00 |

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.....

---

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..........................................................................

    **$12,105.00**

---

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes..................................................................................................

    **Cash on Hand**                                                                 $0.00

---

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes.......................        Institution name:

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor 1 | **Stephen Trent Woolston** | | Case number *(if known)* | 17-23473 |

| | 17.1. | **Checking Joint** | **Zions Bank xxx4183**<br>**SLC UT**<br>**Personal Checking** | $130.46 |
| --- | --- | --- | --- | --- |
| | 17.2. | **Personal Savings** | **First Utah Bank - xxx4966**<br>**SLC UT**<br>**Balance as of 2/1/17** | $1,041.52 |
| | 17.3. | **Checking** | **First Utah Bank - Personal xxx5107**<br>**SLC UT** | $1,424.62 |
| | 17.4. | **Personal Joint Savings** | **Zions Bank xxx7881**<br>**SLC UT** | $0.00 |
| | 17.5. | **Personal Joint Checking** | **Zions Bank xxx4389**<br>**Negative Balance at time of closing.** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them..................

| Name of entity: | % of ownership: | | |
| --- | --- | --- | --- |
| **Trendy Motors**<br>**Not currently in Operation** | 100 | % | $0.00 |
| **Interest in Horse Touring and Care Business**<br>**Horses valued at $7000.** | 50 | % | $7,500.00 |
| **Owner of Roxborough Real Estate. Sole**<br>**Proprietor** | 100 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Stephen Trent Woolston**                                    Case number *(if known)*    17-23473

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
- ☑ No
- ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ☑ No
- ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ☑ No
- ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ☐ No
- ☑ Yes. Give specific information about them...

| Debtor hold a current Real Estate License | $0.00 |
|---|---|

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
- ☐ No
- ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **Possible 2016-2017 Tax Refunds.** Debtor has been self-employed, owes back taxes and doesn't expect any Refund for 2016-17. | Federal and State | Unknown |
|---|---|---|

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☐ No
- ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance managed through Protective Life Ins.** | **Spouse** | $0.00 |

Debtor 1    **Stephen Trent Woolston**    Case number *(if known)*    17-23473

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

    **$10,096.60**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| Vacation Part Ownership - Maui | $0.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

    **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Stephen Trent Woolston** | Case number *(if known)* | **17-23473** |
|---|---|---|---|

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ..................................................................................... | | **$451,500.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$7,250.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$12,105.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$10,096.60** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$29,451.60** | Copy personal property total  **$29,451.60** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$480,951.60** |

# EXHIBIT 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Stephen Trent Woolston** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number | **17-23473** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1881 Parkridge Drive Salt Lake City, UT 84121  Salt Lake County Tax Value 394,000**<br>Line from *Schedule A/B*: **1.1** | $216,000.00 | ■   $30,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-503(2)(a)(ii), (2)(b)(ii) |
| **2000 Toyota Tundra 256000 miles**<br>Line from *Schedule A/B*: **3.1** | $750.00 | ■   $750.00<br>☐   100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(3) |
| **Stove, Refrigerator, Washer/Dryer, Microwave, Dishwasher.**<br>**Location: 1881 Parkridge Drive, Salt Lake City UT 84121**<br>Line from *Schedule A/B*: **6.1** | $650.00 | ■   $1,300.00<br>☐   100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) |
| **Cooking Utensils, Silverware, Cookware ($85), Living Room Furniture ($1400), Dressers/Night Stands ($100), Lamps and Accessories ($300), Desk ($100), Art Prints ($200).**<br>**Location: 1881 Parkridge Drive, Salt Lake City UT 84121**<br>Line from *Schedule A/B*: **6.2** | $1,042.50 | ■   $2,085.00<br>☐   100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(a) |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Stephen Trent Woolston** | | Case number (if known) | **17-23473** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Firearms**<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121<br>Line from *Schedule A/B*: **10.1** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xvii) |
| **General Clothing for one person.**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(D) |
| **Wedding Ring, Costume Jewelery, Watch**<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(d) |
| **Five Horses used for Income in Horse Tour and Care sole proprietor business.**<br>Line from *Schedule A/B*: **13.1** | $7,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(2) |
| **Term Life Insurance managed through Protective Life Ins. Beneficiary: Spouse**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xi) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# EXHIBIT 3

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | **Stephen Trent Woolston** | |
| | First Name     Middle Name     Last Name | |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH | |
| Case number | 17-23473 | |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**1881 Parkridge Drive**
Street address, if available, or other description

**Salt Lake City**    **UT**    **84121-0000**
City     State     ZIP Code

**Salt Lake**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Tax Value 394,300**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $394,300.00

**Current value of the portion you own?** $197,150.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

---

Debtor 1     **Stephen Trent Woolston**                                          Case number *(if known)*    17-23473

**1.2**  If you own or have more than one, list here:

**7084 S. 1850 E.**

Street address, if available, or other description

| | | |
|---|---|---|
| **Salt Lake City** | **UT** | **84121-0000** |
| City | State | ZIP Code |

**Salt Lake**

County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Rental Home**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$230,000.00** | **$230,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property
(see instructions)

---

**1.3**  If you own or have more than one, list here:

**161 W. 4500 S. Frontage Rd.**

Street address, if available, or other description

| | | |
|---|---|---|
| **Salt Lake City** | **UT** | **84107-0000** |
| City | State | ZIP Code |

**Salt Lake**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$232,800.00** | **$232,800.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Trust Deed**

☐ Check if this is community property
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>

**$659,950.00**

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Stephen Trent Woolston**                       Case number *(if known)*   17-23473

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Toyota** |
|---|---|---|

Model:   **Tundra**
Year:   **2000**
Approximate mileage:   **256000**
Other Information:
**Dent on right side, paint is peeling, and smell like horses**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$2,418.00**
Current value of the portion you own?   **$2,418.00**

| 3.2 | Make: | **Chevrolet** |
|---|---|---|

Model:   **3500 Extended Cab**
Year:   **1992**
Approximate mileage:   **175000**
Other Information:
**A/C compressor leaks, power steering whines, prime for paint, rusted hole in the side. needs new tires.
Son Brian's car.  He paid for it. He is on title with father.  He was seventeen when they bought it.  Son is on mission presently.**

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$680.00**
Current value of the portion you own?   **$680.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Four Winns Boat** |
|---|---|---|

Model:   **Horizon 240**
Year:   **1999**
Other Information:
**Crack in tower, fuel injector problems**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$5,000.00**
Current value of the portion you own?   **$5,000.00**

| 4.2 | Make: | **Boat Trailer** |
|---|---|---|

Model:   **Fout**
Year:   **1999**
Other Information:
**NADA Estimate**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$1,500.00**
Current value of the portion you own?   **$1,500.00**

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................=>   **$9,598.00**

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?

Official Form 106A/B                       Schedule A/B: Property                       page 3

Debtor 1    **Stephen Trent Woolston**                                    Case number *(if known)*    **17-23473**

|  | Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Stove, Refrigerator, Washer/Dryer, Microwave, Dishwasher.<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $650.00 |
| Cooking Utensils, Silverware, Cookware ($85), Living Room Furniture ($300), Dressers/Night Stands ($100), Lamps and Accessories ($300), Desk ($100),<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $442.50 |
| Dining Room Furniture, Table and Chairs ($675).<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $337.50 |
| Carpenter Tools ($200), Mechanic Tools ($300), Lawnmower ($25), Yard Tools/Equipment ($200).<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $362.50 |
| Sewing Machine | $50.00 |
| Carpeting and space carpets | $1,500.00 |
| 9 Beds and Bedding | $500.00 |
| Bedroom furniture, | $350.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| | |
|---|---|
| DVD Player and Discs ($100), Karaoke Machine ($25), Cell Phones ($250), Computer ($200), Printer & Equipment ($500).<br>Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $512.50 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| | |
|---|---|
| Water Skiing equipment: ropes, tubes, knee boards, wake boards | $750.00 |

Debtor 1    **Stephen Trent Woolston**                                    Case number *(if known)*   **17-23473**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

|  |  |
|---|---|
| Firearms: Ruger LCP 380 mv 200, 12 Gage Shotgun mv 100, 22 Weston revolver mv100, Judge Taurus mv 500, Location: 1881 Parkridge Drive, Salt Lake City UT 84121  Gun safe (200) | $900.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

|  |  |
|---|---|
| General Clothing for one person. | $300.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

|  |  |
|---|---|
| Wedding Ring, Costume Jewelery, Watch Location: 1881 Parkridge Drive, Salt Lake City UT 84121 | $200.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

|  |
|---|
| $6,855.00 |

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.....................................................................................................

|  |  |
|---|---|
| Cash on Hand | $0.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.........................    Institution name:

| 17.1. **Personal Savings** | First Utah Bank - xxx4966 SLC UT Balance as of 2/1/17 | $1,041.52 |
|---|---|---|

---

Official Form 106A/B                              Schedule A/B: Property                              page 5

8/20/17 10:37PM

Debtor 1   **Stephen Trent Woolston**                                      Case number *(if known)*   **17-23473**

| | | | |
|---|---|---|---|
| 17.2. | Checking | First Utah Bank - Personal xxx5107<br>SLC UT | $1,018.18 |
| 17.3. | Personal Joint<br>Checking | Zions Bank xxx4389<br>Negative Balance at time of closing. | $0.00 |
| 17.4. | Checking for<br>Trendy Motors<br>1477 | Zions Bank<br>8955 S. 700 E.<br>Sandy UT 84070 | $3,659.69 |
| 17.5. | Checking for<br>Rocky Mountain<br>Transportation<br>DBA Express<br>Shuttle/ 5120 | Zions Bank<br>8955 S. 700 E.<br>Sandy UT 84070 | $456.13 |
| 17.6. | Checking Rocky<br>MountainTransport<br>ation/ Stephen<br>Trent Woolston<br>acct: 5036 | Zions Bank<br>8955 S. 700 E,<br>Sandy UT 84070 | $530.63 |
| 17.7. | Checking Trendy<br>Motors<br>Inc./Stephen Trent<br>Woolston Acct:<br>2087 | Chase Bank<br>319 S. Main St.<br>Bountiful, UT 84010 | $1,672.92 |
| 17.8. | Checking Acct:<br>0467 Rocky<br>Mountain<br>Transportation/Ste<br>phen Trent<br>Woolston | First Utah Bank<br>115 E. 1300 S.<br>SLC, UT 84115 | $861.54 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | Trendy Motors<br>Closed and not in Operation. All assets are<br>liened by Tom Gerome line of credit who is owed<br>$90,000.00<br>assets on lien misc. shop equipment, scooter,<br>wrecked mini van, shop tools and diagnostic<br>equipment and supplies. Debtor has been<br>helping Mr. Gerome liquidate the assets of<br>Trendy Motors to pay back the creditor. | 100   % | $0.00 |
| | Rocky Mountain Transportation Inc.<br>161 W. 4500 S. Frontage Road<br>Murray, UT 84107 | 100%   % | $0.00 |

Debtor 1   **Stephen Trent Woolston**                                   Case number *(if known)*   17-23473

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   □ Yes. Give specific information about them
                          Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   □ Yes. List each account separately.
                          Type of account:            Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   □ Yes. .....................             Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   □ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   □ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   □ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   □ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   □ No
   ■ Yes. Give specific information about them...

| Debtor holds a current Real Estate License | $0.00 |

**Money or property owed to you?**                                    Current value of the
                                                                       portion you own?
                                                                       Do not deduct secured
                                                                       claims or exemptions.

28. **Tax refunds owed to you**
   □ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Possible 2016-2017 Tax Refunds. Debtor has been self-employed, owes back taxes and doesn't expect any Refund for 2016-17. | Federal and State | Unknown |

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No

Debtor 1    **Stephen Trent Woolston**                                          Case number *(if known)*    **17-23473**

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance managed through Protective Life Ins.** | **Spouse** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Geraldine Driggs**<br>**13899 S. 1950 W.**<br>**Bluffdale, UT 84065**<br>**Purchase horses and provided training services and purchases supplies and tack and was not reinbursed** | **$4,000.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Farhad Iravani for stock purchase disagreement.** | **$0.00** |

35. **Any financial assets you did not already list**
■ No
☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................    **$13,240.61**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.

■ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Debtor 1    **Stephen Trent Woolston**                              Case number *(if known)*   **17-23473**

38. **Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ■ No
- ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ■ Yes. Describe.....

| | |
|---|---|
| Humble and Kind Horsemanship<br>Horses valued at $7500 Debtor has a 1/2 interest $3,750.00 | $3,750.00 |

41. **Inventory**
- ■ No
- ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................
     Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    - ■ No
    - ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
- ■ No
- ☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here.................................................................................................................

    **$3,750.00**

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    **Stephen Trent Woolston**                                     Case number *(if known)*    **17-23473**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| Timeshare - Maui  1/2 interest with wife | $1.00 |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | $1.00 |

**Part 8:**    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ..................................................................................................    **$659,950.00**

56. Part 2: Total vehicles, line 5                                                   $9,598.00

57. Part 3: Total personal and household items, line 15                            $6,855.00

58. Part 4: Total financial assets, line 36                                         $13,240.61

59. Part 5: Total business-related property, line 45                               $3,750.00

60. Part 6: Total farm- and fishing-related property, line 52                      $0.00

61. Part 7: Total other property not listed, line 54                           +   $1.00

62. **Total personal property.** Add lines 56 through 61...                     $33,444.61    Copy personal property total    **$33,444.61**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                                         **$693,394.61**

# EXHIBIT 4

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Stephen Trent Woolston** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH | | |
| Case number (if known) | **17-23473** | | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**   Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 1881 Parkridge Drive Salt Lake City, UT 84121  Salt Lake County Tax Value 394,300 Line from *Schedule A/B*: **1.1** | $197,150.00 | ■ | $30,000.00 | Utah Code Ann. § 78B-5-503(2)(a)(ii), (2)(b)(ii) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2000 Toyota Tundra 256000 miles Dent on right side, paint is peeling, and smell like horses Line from *Schedule A/B*: **3.1** | $2,418.00 | ■ | $2,418.00 | Utah Code Ann. § 78B-5-506(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Stove, Refrigerator, Washer/Dryer, Microwave, Dishwasher. **Location:** 1881 Parkridge Drive, Salt Lake City UT 84121 Line from *Schedule A/B*: **6.1** | $650.00 | ■ | 100% | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Cooking Utensils, Silverware, Cookware ($85), Living Room Furniture ($300), Dressers/Night Stands ($100), Lamps and Accessories ($300), Desk ($100), **Location:** 1881 Parkridge Drive, Salt Lake City UT 84121 Line from *Schedule A/B*: **6.2** | $442.50 | ■ | 50% | Utah Code Ann. § 78B-5-506(1)(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1  Stephen Trent Woolston | | | Case number (if known)  17-23473 | |
|---|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
| Dining Room Furniture, Table and Chairs ($675). **Location: 1881 Parkridge Drive, Salt Lake City UT 84121** Line from *Schedule A/B*: **6.3** | $337.50 | ■ □ | $337.50  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(b) |
| Sewing Machine Line from *Schedule A/B*: **6.5** | $50.00 | ■ □ | 50%  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(A) |
| Carpeting and space carpets Line from *Schedule A/B*: **6.6** | $1,500.00 | ■ □ | 100%  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(B) |
| 9 Beds and Bedding Line from *Schedule A/B*: **6.7** | $500.00 | ■ □ | $500.00  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(E) |
| Bedroom furniture, Line from *Schedule A/B*: **6.8** | $350.00 | ■ □ | 50%  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(a) |
| Firearms: Ruger LCP 380 mv 200, 12 Gage Shotgun mv 100, 22 Weston revolver mv100, Judge Taurus mv 500, **Location: 1881 Parkridge Drive, Salt Lake City UT 84121  Gun safe (200)** Line from *Schedule A/B*: **10.1** | $900.00 | ■ □ | $900.00  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xvii) |
| General Clothing for one person. Line from *Schedule A/B*: **11.1** | $300.00 | ■ □ | $300.00  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(viii)(D) |
| Wedding Ring, Costume Jewelery, Watch **Location: 1881 Parkridge Drive, Salt Lake City UT 84121** Line from *Schedule A/B*: **12.1** | $200.00 | ■ □ | $200.00  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(1)(d) |
| Term Life Insurance managed through Protective Life Ins. **Beneficiary: Spouse** Line from *Schedule A/B*: **31.1** | $0.00 | ■ □ | $0.00  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-505(1)(a)(xi) |
| Humble and Kind Horsemanship Horses valued at $7500 Debtor has a 1/2 interest $3,750.00 Line from *Schedule A/B*: **40.1** | $3,750.00 | ■ □ | $3,750.00  100% of fair market value, up to any applicable statutory limit | Utah Code Ann. § 78B-5-506(2) |

Debtor 1    **Stephen Trent Woolston**                                          Case number (if known)    **17-23473**

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐  No

   ☐  Yes

# EXHIBIT 5

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Stephen Trent Woolston** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (If known) | **17-23473** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | Occupation | **Senior Sales Agent** | **Self Employed** |
| | Employer's name | **Two-Twelve, LLC** | **HomeStay** |
| | Employer's address | **110 W. 9400 S. Sandy, UT 84070** | **625 N. Gilbert Rd, Ste 202 Gilbert, AZ 85234** |
| | How long employed there? | **7 mo.** | **5 years** |

*See Attachment for Additional Employment Information

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,662.00** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **4,662.00** | $ **0.00** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Debtor 1 | **Stephen Trent Woolston** | | Case number *(if known)* | **17-23473** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **4,662.00** | $ **0.00** |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **0.00** | $ **0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ **1,268.00** | $ **0.00** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: Estimated Taxes Owed fMonthly from Commission | 5h.+ | $ **1,000.00** | + $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **2,268.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,394.00** | $ **0.00** |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **381.83** | $ **550.00** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: Eldercare | 8h.+ | $ **0.00** | + $ **500.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **381.83** | $ **1,050.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **2,775.83** + $ **1,050.00** | = $ **3,825.83** |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | +$ **0.00** | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ **3,825.83** **Combined monthly income** | |
| 13. | **Do you expect an increase or decrease within the year after you file this form?** ☐ No. ■ Yes. Explain: Debtor's employment is based soley on commission. Monthly Income is based on a 6 month average. | | | |

Debtor 1    **Stephen Trent Woolston**                                          Case number (*if known*)    **17-23473**

## Official Form B 6I
## Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | **Distributor/Consultant** | |
| Name of Employer | **Young Living** | |
| How long employed | **5 years** | |
| Address of Employer | **3125 Executive Parkway**<br>**Lehi, UT 84043** | |

# EXHIBIT 6

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Stephen Trent Woolston** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | **17-23473** |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| Occupation | | **Senior Sales Agent** | **Self Employed** |
| Employer's name | | **Two-Twelve, LLC** | **HomeStay** |
| Employer's address | | **110 W. 9400 S. Sandy, UT 84070** | **625 N. Gilbert Rd, Ste 202 Gilbert, AZ 85234** |
| How long employed there? | | 7 mo. | 5 years |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,848.70 | $ 500.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 2,848.70 | $ 500.00 |

Debtor 1    **Stephen Trent Woolston**                                                      Case number *(if known)*    17-23473

|  |  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $    2,848.70 | $    500.00 |

5.    List all payroll deductions:

| | | | | | |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $    0.00 | $    0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $    0.00 | $    0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $    0.00 | $    0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $    0.00 | $    0.00 |
| 5e. | Insurance | 5e. | $    1,297.40 | $    0.00 |
| 5f. | Domestic support obligations | 5f. | $    0.00 | $    0.00 |
| 5g. | Union dues | 5g. | $    0.00 | $    0.00 |
| 5h.+ | Other deductions. Specify: | 5h.+ | $    0.00 | + $    0.00 |

6.    **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $    1,297.40    $    0.00

7.    **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $    1,551.30    $    500.00

8.    List all other income regularly received:

8a.    Net income from rental property and from operating a business, profession, or farm
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $    3,228.83    $    0.00

8b.    Interest and dividends    8b.    $    0.00    $    0.00

8c.    Family support payments that you, a non-filing spouse, or a dependent regularly receive
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $    0.00    $    0.00

8d.    Unemployment compensation    8d.    $    0.00    $    0.00

8e.    Social Security    8e.    $    0.00    $    0.00

8f.    Other government assistance that you regularly receive
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $    0.00    $    0.00

8g.    Pension or retirement income    8g.    $    0.00    $    0.00

8h.    Other monthly income. Specify:    Elder Care    8h.+    $    0.00    + $    500.00

Boarder Income    $    0.00    $    1,158.33
Young Living  Spouse sells Oils (in negative)    $    0.00    $    1.00
Humble and Kind (in negative)    $    0.00    $    1.00

9.    **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $    3,228.83    $    1,660.33

10.    **Calculate monthly income.** Add line 7 + line 9.    10.    $    4,780.13    + $    2,160.33    = $    6,940.46
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.    State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.    + $    0.00

12.    Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $    6,940.46

Combined monthly income

13.    Do you expect an increase or decrease within the year after you file this form?
☐    No.
■    Yes. Explain:    Debtor's income fluctuates. Real Estate business is increasing.  Humble and Kind Horse lessons will begin having a profit of $2,000.00 in about a month.  Debtor will explain.  Express Shuttle income depends on Two Twelve income going over $228,000.00 during the 2 year period.  Debtor receives nothing if this doesn't happen  Debtor is building Young Living business.